PER CURIAM.
Affirmed. Seaboard Coast Line R. Co. v. Swain, 362 So.2d 17 (Fla.1978); Houston v. Caldwell, 359 So.2d 858 (Fla.1978); Piper Aircraft Corp. v. Schwendemann, 578 So.2d 319 (Fla. 3d DCA 1991); Transportes Aeros Mercantiles Pan Americanos v. Calderon, 480 So.2d 125 (Fla. 3d DCA 1985) (Schwartz, C.J., specially concurring); see Sempe v. Coordinated Caribbean Transport, Inc., 363 So.2d 194 (Fla. 3d DCA 1978), cert. denied, 372 So.2d 467 (Fla.1979).